# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **DAT QUOC LY,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01094-LS** |
| | § | |
| **MARKWAYNE MULLIN, MARY DE ANDA YBARRA, TODD M LIONS, AND ERIKA ESTRADA,** | § | |
| | § | |
| | § | |
| | § | |
| ***Respondents*.** | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 5, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**